UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Ryan, LLC, *et al.*, | Civ. No. 1:12-cv-00565 (RLW) |
| Plaintiffs, | |
| v. | **JOINT AGREEMENT AND [PROPOSED] ORDER REGARDING A SUPPLEMENTAL BRIEFING SCHEDULE** |
| Timothy F. Geithner, *et al.*, | |
| Defendants. | |

WHEREAS, on November 19, 2012, the Court requested supplemental briefing regarding the standing of Plaintiffs Ryan, LLC, and G. Brint Ryan;

IT IS HEREBY JOINTLY AGREED, by and between the undersigned counsel for the parties to this action, as follows:

1. Plaintiffs will serve their Supplemental Brief by January 15, 2013. Plaintiffs' Supplemental Brief will be no more than 20 pages in length.

2. Defendants will serve their Response to Plaintiffs' Supplemental Brief by February 14, 2013. Defendants' Response will be no more than 20 pages in length.

3. Plaintiffs will serve their Reply to Defendants' Response by March 6, 2013. Plaintiffs' Reply will be no more than 10 pages in length.

| | |
|---|---|
| Dated:  Washington, DC<br>         November 20, 2012 | Dated:  New York, NY<br>         November 20, 2012 |
| U.S. DEPARTMENT OF JUSTICE | MORRISON & FOERSTER LLP |
| By: /s/ E. Christopher Lambert<br>    E. Christopher Lambert<br>    Andrew C. Strelka<br>    Post Office Box 227<br>    Washington, DC 20044<br>    Tel: (202) 307-6536 | By: /s/ R. Gregory Roberts<br>    R. Gregory Roberts<br>    David J. Fioccola<br>    1290 Avenue of the Americas<br>    New York, NY 10104<br>    Tel: (212) 336-8486 |
| *Attorneys for Defendants* | *Attorneys for Plaintiffs* |

SO ORDERED this ___ day of November, 2012

_____
  UNITED STATES DISTRICT JUDGE

1066418