# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RYAN, LLC**, *et al.*,  Plaintiffs,  v.  **JACOB LEW**,  **U.S. Secretary of the Treasury**, *et al.*,  Defendants. | Civil Action No. 12-cv-565 (RLW) |

## ORDER

Upon careful consideration of Defendants' Motion to Dismiss Counts I and II (Dkt. No. 10), Plaintiffs' Opposition (Dkt. No. 13), Defendants' Reply (Dkt. No. 14), Plaintiffs' Surreply (Dkt. No. 17), the parties' supplemental briefs on the issue of standing (Dkt. Nos. 21, 22, 23), the presentation of counsel during a hearing on November 19, 2012, and the entire record in this action, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby,

**ORDERED** that Count II of Plaintiffs' Complaint under the Due Process Clause is **DISMISSED** for want of standing and jurisdiction, and that Defendants' Motion to Dismiss as to Count II is therefore **DENIED AS MOOT**; it is,

**FURTHER ORDERED** that Defendants' Motion to Dismiss as to Count I is **GRANTED**, and Count I of Plaintiffs' Complaint under the Petition Clause is hereby **DISMISSED** in its entirety for failure to state a claim under Federal Rule 12(b)(6); it is,

**FURTHER ORDERED** that, in light of the dismissal of Counts I and II of Plaintiffs' Complaint, Plaintiffs Ryan, LLC and G. Brint Ryan are both hereby **DISMISSED** as parties to this action; it is,

**FURTHER ORDERED** that Count III of Plaintiffs' Complaint, brought solely by Plaintiff Gerald Lee Ridgely, shall proceed; and it is,

**FURTHER ORDERED** that, inasmuch as the only remaining count in this action (Count III) challenges final administrative regulations implemented by the Defendants under the Administrative Procedure Act, 5 U.S.C. §§ 701, *et seq.*, the requirements of Federal Rules of Civil Procedure 16(b) and 26(f) and Local Civil Rule 16.3 appear to be inapplicable to the remainder of this case.  The Court therefore **ORDERS** the parties to meet and confer and to submit, by no later than April 12, 2013, a jointly-proposed schedule for further proceedings in this matter, including, as appropriate, deadlines for filing the Administrative Record, for supplementation of the Administrative Record, and for filing dispositive motions.

**SO ORDERED**.

Date:  March 29, 2013

                                                                       ROBERT L. WILKINS
                                                                       United States District Judge